**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JAY PUMP, II

  Plaintiff,

                                CASE NO.:  8:18-CV-01854-JSM-AAS

-vs-

CHARTER COMMUNICATIONS, INC.,
d/b/a SPECTRUM,

  Defendant.
_____/

**NOTICE OF PENDING SETTLEMENT**

Plaintiff, Jay Pump II, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to Sangeeta Spengler 201 North Armenia Avenue Tampa FL 33609 via facsimile and U.S. Mail on this 4 day of December, 2018.

                                        */s/ Octavio Gomez*
                                        Octavio Gomez, Esquire
                                        Florida Bar No.: 0338620
                                        Morgan & Morgan, Tampa,  P.A.
                                        201 N. Franklin Street, 7th Floor
                                        Tampa, Florida 33602
                                        Tele:  (813) 223-5505
                                        Fax:  (813) 223-5402
                                        Primary Email: TGomez@ForThePeople.com
                                        Secondary Email: LDobbins@ForThePeople.com
                                        *Attorney for Plaintiff*